JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DAVID HOLBROOK, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03213-FLA (PDx)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, judgment is hereby ENTERED dismissing the action.

IT IS SO ORDERED.

Dated: September 6, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge